```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 11851
   ANTHONY WALKER
   ALICE L WALKER                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-7086      SSN XXX-XX-4369

---------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/20/06 and confirmed on 12/20/06.

   2.  The case was dismissed after confirmation, 03/14/2008.

   3.  The Debtor paid a total of $  10297.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ST FRANCIS BANK | CURRENT MORTG | .00 | .00 | .00 |
| ST FRANCIS BANK | MORTGAGE ARRE | 9000.00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | 11868.00 | 1931.76 | 4529.07 |
| HSBC AUTO FINANCE | SECURED | 4325.00 | 351.05 | 1515.71 |
| LAKEWOOD FALLS COMMUNITY | SECURED | 6213.08 | .00 | 1279.91 |
| MONTEREY FINANCIAL SVCS | SECURED | 659.00 | 50.30 | 188.72 |
| ILLINOIS DEPT OF HUMAN S | UNSECURED | 2257.00 | .00 | .00 |
| AMBERTON APTS | UNSECURED | NOT FILED | .00 | .00 |
| AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 403.95 | .00 | .00 |
| FIRST EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 1760.00 | .00 | .00 |
| COMED | UNSECURED | 951.03 | .00 | .00 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 3157.96 | .00 | .00 |
| PLAINS COMMERCE BK | UNSECURED | NOT FILED | .00 | .00 |
| RICHLAND STATE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| STRUCTURE | UNSECURED | NOT FILED | .00 | .00 |
| SYSTEMS & SERVICES TECH | UNSECURED | 6716.04 | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 663.20 | .00 | .00 |
| VILLAGE OF BOLINGBROOK | UNSECURED | NOT FILED | .00 | .00 |
| WESTERN CABLE | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NTWRK NA | UNSECURED | NOT FILED | .00 | .00 |
| LYDIA KING | CHILD SUPPORT | NOT FILED | .00 | .00 |

```
MONTEREY FINANCIAL SVCS   UNSECURED      1756.66          .00          .00
HSBC AUTO FINANCE         UNSECURED     17454.32          .00          .00
RESURGENT CAPITAL SERVIC  UNSECURED       612.34          .00          .00
ILLINOIS DEPT REVENUE     PRIORITY        370.20          .00          .00
ILLINOIS DEPT REVENUE     UNSECURED        36.40          .00          .00
        Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  32065.08       370.20     35768.90         .00    68204.18
PRINCIPAL PAID       7513.41          .00          .00         .00     7513.41
INTEREST PAID        2333.11          .00          .00         .00     2333.11
TOTAL PAID           9846.52          .00          .00         .00     9846.52
```

The Debtor's attorney, SCHOTTLER & ZUKOSKY          , was allowed $    2000.00
and was paid $    501.00   direct and $        .00   through the plan.

The Trustee received $    450.48 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


     Dated: 06/24/08                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 06 B 11851 ANTHONY WALKER & ALICE L WALKER